B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re **Jennifer W. Sanford**  
Debtor(s)

Case No. **8:15-bk-09662**  
Chapter **7**

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,322,244.00 | | |
| B - Personal Property | Yes | 3 | $5,132.84 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $4,723,034.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $1,198,861.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $1,213.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $1,200.00 |
| TOTAL | | 24 | $2,327,376.84 | $5,921,895.47 | |

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re **Jennifer W. Sanford**
Debtor(s)

Case No. **8:15-bk-09662**
Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| TOTAL | **$0.00** |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | **$1,213.30** |
| Average Expenses (from Schedule J, Line 22) | **$1,200.00** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | **$2,402.26** |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $2,193,736.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $1,198,861.47 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $3,392,597.47 |

B6B (Official Form 6B) (12/07)

In re **Jennifer W. Sanford**           Case No. **8:15-bk-09662**

Debtor(s)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
*Amended to include checking and saving accounts with Fifth Third Bank omitted in error in initial schedules filed.

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fifth Third Bank checking account ending in 3587 | - | $30.84 |
| | | Fifth Third savings account ending in 5745 | - | $2.00 |
| | | | - | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living Room Furniture, Dinning Room, Bedroom Furniture. | - | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | woman's clothing | - | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Jennifer W. Sanford | | Case No. | 8:15-bk-09662 |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Jennifer W. Sanford | | Case No. | 8:15-bk-09662 |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Bedroom set, living room set, dinning room set in 2406 Seaboard Circle New Jersey property. | - | $2,000.00 |
| | | | Total > | $5,132.84 |

(Report also on Summary of Schedules)

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Jennifer W. Sanford**                                    Case No.   **8:15-bk-09662**
                              Debtor(s)                            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **3** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 6, 2016**                   Signature   **/s/ Jennifer W. Sanford**
                                                        **Jennifer W. Sanford**
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**www.flmb.uscourts.gov**

IN RE:
**JENNIFER SANFORD**                                   CASE NO: 8:15-bk-09662
    Debtor

_____/

**PROOF OF SERVICE**

    The undersigned certifies that a true and correct copy of the Debtor's Amended Summary, Amended Schedule B and Declaration has been furnished by U.S. mail and/or electronically through CM/ECF, on January 6, 2016, to the attached matrix.

    FERNANDEZ FLORIDA LAW, PA

    /s/ Niurka Fernandez Asmer
    Niurka Fernandez Asmer, Esq.
    Attorney for Debtor(s)
    FBN:  370680
    113 S. Boulevard, 1st Floor
    Tampa, Florida 33606
    Telephone: (813) 412-5605
    Fax:         (813) 412-4274
    Nicki@FernandezFloridaLaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-09662-KRM<br>Middle District of Florida<br>Tampa<br>Wed Jan  6 17:04:31 EST 2016 | BANK OF AMERICA, N.A.<br>c/o Gilbert Garcia Group, P.A<br>2005 Pan Am Circle<br>Suite 110<br>Tampa, FL 33607-2380 | BANK OF NEW YORK MELLON, F/K/A BANK OF NEW Y<br>SHD Legal Group P.A.<br>499 NW 70th Ave. Suite 309<br>Plantation, FL 33317-7574 |
| K. Rodney May<br>Tampa | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 | Jennifer W. Sanford<br>6434 Bright Bay Court<br>Tampa, FL 33672 |
| Walter P. Genske Trust Dated April 28, 1999<br>Law Offices of Damian G. Waldman PA<br>14010 Roosevelt Blvd.<br>Suite 701<br>Clearwater, FL 33762-3820 | Adam Knight, Esq.<br>Hicks Knight, PA<br>400 N. Ashley Dr.<br>Suite 1500<br>Tampa, FL 33602-4342 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>Attn: Corr. Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America<br>Attn: Correspndence<br>Unit/CA6-919-02-41<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America<br>Attn: Correspondence<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 |
| Bank of America<br>P.O. Box 5120<br>Simi Valley, CA 93062-5120 | Bay Vista HOA, Inc.<br>c/o James R. Defurio, P.A.<br>Allison J. Brandt, Esquire<br>201 E Kennedy Blvd Ste 775<br>Tampa, FL 33602-5882 | Brown & Connery<br>360 Hamden Ave.<br>P.O. Box 539<br>Collingswood, NJ 08108-0539 |
| Burr Forman, LLP<br>P.O. Box 830719<br>Birmingham, AL 35283-0719 | Bush Ross<br>P.O. Box 3913<br>Tampa, FL 33601-3913 | C1 Bank<br>100 Sunset street<br>Saint Petersburg, FL 33707-1130 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Cinnamin Sewerage<br>1621 Riverton Road<br>Riverton, NJ 08077-2325 |
| Comcast<br>3246 Dune Drive<br>Avalon, NJ 08202-1702 | Damian Waldman, Esquire<br>13575 58th Street N.<br>Ste. 113<br>Clearwater, FL 33760-3755 | Drinker Biddle LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1096 |
| Eastern Account System INC.<br>Attn: Bankruptcy Dept.<br>Po Box 837<br>Newtown, CT 06470-0837 | Flaster Greenberg<br>1810 Chapel Ave<br>Cherry Hill, NJ 08002-4618 | HPCCA<br>P.O. Box 751697<br>Charlotte, NC 28275-1697 |
| Klafter & Mason<br>195 Route 9 South<br>Suite 204<br>Englishtown, NJ 07726-8294 | Merells Custom Landscapes<br>P.O. Box 844<br>Lithia, FL 33547-0844 | Morris Hardwick Schneider<br>Patrick Meighan, Esquire<br>5110 Eisenhower Blvd.<br>Ste. 120<br>Tampa, FL 33634-6338 |

```
(p)NATIONSTAR MORTGAGE LLC          Pendergast & Morgan                Planation Billing Center
PO BOX 619096                       c/o Clive Morgan, Esquire          P.O. Box 459077
DALLAS TX 75261-9096                6675 Corporate Center Pkwy         Fort Lauderdale, FL 33345-9077
                                    Ste. 301
                                    Jacksonville, FL 32216-8084


Quest Diagnostics                   Real Time Resolutions              Real Time Resolutions
Po Box 740781                       Bank of America Atn: Coresp.       c/o Bank of America
Cincinnati, OH 45274-0781           Unit/CA6-919-02-41                 Atn: Corr.Unit CA6-919-02-41
                                    P.O. Box 5170                      P.O. Box 5170
                                    Simi Valley, CA 93062-5170         Simi Valley, CA 93062-5170


Recovery Management Systems Corporation   Robert and Connie Bean       Sears/cbna
25 S.E. 2nd Avenue, Suite 1120            2306 Seaboard Circle         Po Box 6282
Miami, FL 33131-1605                      Wildwood, NJ 08260-6614      Sioux Falls, SD 57117-6282


Select Portfolio Servicing          State of New Jersey                Suntrust Mortgage/cc 5
Po Box 65250                        Department of Labor and Work       Attn:Bankruptcy Dept
Salt Lake City, UT 84165-0250       P.O. Box 951                       Po Box 85092 Mc Va-Wmrk-7952
                                    Trenton, NJ 08625-0951             Richmond, VA 23285-5092


Sweetwater Oaks II Condo Asc        The Tides at Seaboard Point        The Village of Camelback
c/o Marc Pazienza, Esquire          c/o Diversifed Property Mngt       601 Camelback Road
23110 State Rd 54 #277              Absecon, NJ 08205                  Tannersville, PA 18372-7982
Lutz, FL 33549-6933


Trnswrld Sys                        Veri-Solutions                     Vidalia Orthopedic Ctr.
2235 Mercury Way Ste 275            PO Box 3244                        c/o Cloud & Willis LLC
Santa Rosa, CA 95407-5463           Coppell, TX 75019-9244             P.O. Box 59549
                                                                       Birmingham, AL 35259-9549


Walter P. Genske Trust              Walter P. Genske Trust             Wells Fargo
DAMIAN  WALDMAN, ESQ.               c/o Damian G. WAldman Esquir       P.O. Box 29746
Law Offices of Damian G. Waldman, P.A.   13575 58th Street             Phoenix, AZ 85038-9746
14010 Roosevelt Blvd., Suite 701    Ste. 113
Clearwater, FL 33762-3820           Clearwater, FL 33760-3755


Angela Welch +                      Denise E Barnett +                 United States Trustee - TPA7/13 +
12157 West Linebaugh Avenue         United States Trustee              Timberlake Annex, Suite 1200
PMB 401                             501 East Polk Street               501 E Polk Street
Tampa, FL 33626-1732                Suite 1200                         Tampa, FL 33602-3949
                                    Tampa, FL 33602-3945


Anila S Rasul +                     Niurka Fernandez Asmer +           Matthew L Schulis +
SHD Legal Group P.A.                Fernandez Florida Law, P.A.        Albertelli Law
P.O. Box 19519                      113 South Boulevard                PO Box 23028
Ft. Lauderdale, FL 33318-0519       Tampa, FL 33606-1970               Tampa, FL 33623-2028


Damian Waldman +                    Jeffrey S Fraser +                 Amy M Kiser +
Law Offices of Damian G. Waldman, P.A.   Albertelli Law                Gilbert Garcia Group P.A.
14010 Roosevelt Blvd., Suite 701    Post Office Box 23028              2005 Pan Am Circle, Suite 110
Clearwater, FL 33762-3820           Tampa, FL 33623-2028               Tampa, FL 33607-2380
```

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Attention: Recovery Dept.
4161 Peidmont Pkwy.
Greensboro, NC 27410

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of New York Mellon, f/k/a Bank of New

(u)Nationstar Mortgage LLC

(d)Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170


End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63