UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
JENNIFER SANFORD,
        Debtor.
_____/

Case No. 8:15-bk-09662-KRM
Chapter 7

## DEBTOR'S WAIVER OF DISCHARGE

The undersigned Debtor, **Jennifer Sanford,** hereby waives her right to receive a discharge under the United States Bankruptcy Code, 11 U.S.C. § 727.

By signing this waiver, the Debtor, **Jennifer Sanford,** affirms that she understands that she will not receive a discharge from her debts listed or should have been listed in the above captioned chapter 7 case, and that she will continue to be liable for such debts.

The Debtor, **Jennifer Sanford,** further understands that this waiver does not affect the chapter 7 trustee's continued administration of the assets of the bankruptcy estate.

The undersigned Debtor, **Jennifer Sanford,** also hereby certifies that the signed copy of this *Waiver of Discharge* has been furnished to *Denise E. Barnett, Esq., Trial Attorney, Department of Justice, United States Trustee Program, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Phone: 813-228-2132, Facsimile: 813-228-2303, Electronic Mail: denise.barnett@usdoj.gov* on _____ 2016.

_____
**Jennifer W. Sanford**
138 Lazy Oak Drive
Tampa, Florida 33613-4825

Dated: 1/8/15